JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR BURKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED R. ARDESHIRI, as an individual and dba Red West Pizza; PAUL G. MARKOVITS, individually and as Trustee of the Paul G. Markovits Trust UDT dated November 10, 1992, and DOES 1-10, inclusive,<br>          Defendants. | Case No.: 2:17-CV-06772-RGK-KS<br><br>**[PROPOSED] ORDER DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action without Prejudice filed by Plaintiff ELEANOR BURKE ("Plaintiff") and MOHAMED R. ARDESHIRI, as an individual and dba Red West Pizza, and PAUL G. MARKOVITS, individually and as Trustee of the Paul G. Markovits Trust UDT dated November 10, 1992 ("Defendants"), stipulate and jointly request that the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 12, 2018

*/s/ Gary Klausner*
_____
UNITED STATES DISTRICT COURT JUDGE